NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY REEVES (SUBSTITUTED FOR CORBY REEVES),**

*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2011-7085

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1951, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Mary Reeves moves without opposition for a 45-day extension of time, until August 15, 2011, to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT


__JUL 1 9 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


cc:  Kenneth M. Carpenter, Esq.
     Elizabeth M. Hosford, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 1 9 2011

**JAN HORBALY**
**CLERK**